**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6438

BARRY LYNN HOOKER,

Plaintiff - Appellant,

versus

L. W. JARVIS, Warden, Bland Correctional
Center; R. S. JACKSON; DONNA MILLER,
Institutional Hearings Officer; LARRY W.
HUFFMAN,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(CA-03-703-7)

Submitted:  July 15, 2004          Decided:  July 21, 2004

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Barry Lynn Hooker, Appellant Pro Se.  William W. Muse, Assistant
Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Barry Lynn Hooker appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Hooker v. Jarvis</u>, No. CA-03-703-7 (W.D. Va. filed Feb. 19, 2004; entered Feb. 20, 2004 & filed March 30, 2004; entered March 31, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>